IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TYREASE ANDERSON )
 )
    v. ) 1:21CV348
 )
FORSYTH COUNTY SHERIFF OFFICE, )
et al., )

## ORDER

On October 23, 2023, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 8.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the complaint is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief can be granted.

                                      /s/   Thomas D. Schroeder
                                      United States District Judge

December 4, 2023